WALTER RAMSAY and JOHN B. BOYD, Appellants, v. BUSKIRK TRUCKING CORPORATION, Respondent.— Action to recover damages for personal injuries and for property damage resulting from a collision between plaintiff Ramsay's automobile, in which plaintiff Boyd was riding as a passenger, and the defendant's tractor-semi-trailer. Order denying plaintiffs' motion for a new trial on the ground of newly-discovered evidence unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.

TOBIAS SCHWARTZ, Respondent, v. AMERICAN DISTRIBUTING & SALES CORP. and MILTON GREEN, Appellants.— Action for work, labor and services in connection with superintending the construction of certain dwelling houses in Manhattan Beach. Judgment for the plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

SAMUEL SEMENDOFF, an Infant, by His Guardian ad Litem, GABRIEL SEMENDOFF, Appellant, v. THE CITY OF NEW YORK, Respondent.— Action to recover damages for personal injuries sustained when plaintiff fell over a water outlet or pipe which protruded above a sidewalk. Order denying plaintiff's motion for a preference affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ., concur.

DANIEL J. STODDARD, Appellant, v. J. HARRY TIERNAN, SR., and J. HARRY TIERNAN, JR., Respondents.— Action to recover damages for personal injuries as a consequence of the plaintiff coming in contact with an automobile owned by one defendant and operated by the other defendant on Richmond road, Staten Island, at a point where it is intersected by Cunard place. Judgment in favor of defendants, dismissing the complaint on the merits, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

WILLIAM WILBURN, Respondent, v. ALBANY COUNTY AGRICULTURAL SOCIETY AND EXPOSITION, Sued under the Name of ALBANY COUNTY AGRICULTURAL SOCIETY, and HOWARD GETMAN, Appellants.— In an action to recover damages for personal injuries, order denying defendants' motion to change the place of trial from Richmond county to Albany county affirmed, with ten dollars costs and disbursements. It does not satisfactorily appear that the convenience of a majority of the necessary witnesses would be promoted by the change requested. Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ., concur.

## (June 18, 1941.)

JOHN HOLLEY CLARK, JR., Appellant, Respondent, v. THE CITY OF NEW YORK, LEWIS J. VALENTINE, as Police Commissioner of the City of New York, and FIORELLO H. LAGUARDIA, as Mayor of the City of New York, Respondents, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.